# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161471
161666

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

IVY ALICE WIMMER,
      Plaintiff-Appellee,

SC: 161471, 161666
COA: 353753
Oakland CC: 2012-802216-DO

MARIO ALLAN MONTANO,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the interlocutory application and the application for leave to appeal are administratively dismissed for the failure of defendant-appellant to pay the outstanding fees. The clerk of the Court shall not to accept further filings from the defendant-appellant in any civil matter until the sanctions ordered by this Court in No. 161152, *IW v MM* ($500.00) and No. 161299, *Montano v Court of Appeals* ($1,000.00) are paid in full.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2020



Clerk